## STATEMENT OF FACTS

On November 22, 2020, at approximately 2:43 p.m., an individual later identified as Amina Washington-Bey ("WASHINGTON-BEY" or "Defendant") was arrested for unlawfully entering the restricted area around the White House that is referred to as Sherman Park.

The White House complex, which includes, among other things, the White House Mansion and the White House grounds, is a restricted area in Washington, D.C. Only people with authorized access are permitted inside the White House complex, which has both permanent and movable security barriers surrounding it ("security barriers"). There are signs posted along the security barriers that state "Restricted Area, Do Not Enter."

United States Secret Service Uniformed Officer Kiounte Lineberger, while in full police uniform on a marked police bicycle patrolling the area, observed the defendant exiting the secure/restricted area by sliding through the security barrier. This security barrier is posted with two signs that state "Restricted Area Do Not Enter". There are many of these signs clearly posted on the east side of the park. The defendant was immediately detained and placed in handcuffs. The defendant identified as a male and was searched by Officer Lineberger.

Officer Lineberger requested a NCIC/WALES check and White House visitor's list check through the United Secret Service Joint Operations Center. The defendant was found to not have any outstanding wants or warrants. The defendant also did not have any scheduled appointments to visit the White House Complex. The defendant identified himself as Amina Washington-Bey.

The defendant has been of record with the U.S. Secret Service since 2014. Most recently, the defendant pled guilty to one count of unlawful entry of the White House and two counts of contempt for violating a White House stay away order in Case Numbers 1:20-mj-059, 1:20-mj-063, and 1:20-mj-175. The defendant was sentenced for those matters to time-served and no period of supervised release and released on November 9, 2020. Since his release, the defendant has been seen in the area surrounding area the White House on numerous occasions. During this time, several U.S. Secret Service Uniformed Division officers have talked to the defendant and reminded him that he should not unlawfully enter the White House again. There have been multiple instances where officers have observed him start to unlawfully enter the White House and have ordered him to stop. He was also arrested, but not charged, the day before this arrest (November 21, 2020) for crawling under a temporary security barrier and into the restricted area near the White House referred to as First Division Park.

Case: 1:20-MJ-00235
Assigned to: Judge Robin M. Meriweather
Assigned Date: 11/23/2020
Description: COMPLAINT W/ ARREST WARRANT

Based on the foregoing, your affiant submits that there is probable cause to believe that the defendant violated 18 U.S.C. § 1752(a)(1) and 22 D.C. Code § 3302(b).

_____
Ryan Morris
Officer, United States Secret Service
Badge Number 2348

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 23rd day of November, 2020.

_____
The Honorable Robin M. Meriweather
United States Magistrate Judge