# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**AMINA WASHINGTON-BEY,**<br><br>Defendant. | Magistrate Number   20-mj-00235<br><br>VIOLATIONS:<br><br>18 U.S.C. § 1752(a)(1)<br>(Entering or Remaining in Restricted Building or Grounds)<br>(Count One)<br><br>22 D.C. Code § 3302(b)<br>(Unlawful Entry Public Property)<br>(Count Two) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about November 22, 2020, within the District of Columbia, the defendant, **AMINA WASHINGTON-BEY,** did knowingly enter and remain, and attempt to enter and remain, in a restricted building and grounds, that is, the White House Complex and Grounds, without lawful authority to do so.

(**Entering or Remaining in Restricted Building or Ground**, in violation of Title 18, United States Code, Section 1752(a)(1))

### COUNT TWO

On or about November 22, 2020, within the District of Columbia, the defendant, **AMINA WASHINGTON-BEY,** without lawful authority, did enter and attempt to enter certain public property, that is, the White House Complex and Grounds, against the will of the United States

Secret Service Officers, lawfully in charge thereof.

(**Unlawful Entry (Public Property)**, in violation of D.C. Code, Section 3302(b))

    Respectfully submitted,

    MICHAEL R. SHERWIN
    Acting United States Attorney
    New York Bar Number 4444188

By: *Mary A. Freeman* (signature)
    MARY A. FREEMAN
    Wyoming Bar No. 7-5473
    Special Assistant U.S. Attorney
    Federal Major Crimes
    United States Attorney's Office
    555 4th Street, N.W.
    Washington, D.C. 20530
    Mary.Freeman@usdoj.gov
    (202) 803-1628